UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAL W. HANNA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AAMCO TRANSMISSIONS, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 8:16-cv-00454-JVS-KESx<br><br>**HONORABLE JAMES V. SELNA**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: July 11, 2017 |

The Court has reviewed the parties' Joint Stipulation For Protective Order ("Protective Order"). Good cause appearing, the parties' Protective Order is GRANTED. The stipulated Protective Order is hereby entered and approved by the Court for use in the above-captioned case subject to the following conditions:

    a.    The Court may modify this Order *sua sponte* in the interest of justice.

    b.    This Order is subject to further Court Orders based upon public policy and other considerations.

    IT IS SO ORDERED.

DATED: December 07, 2016

*Karen E. Scott*
Hon. Karen E. Scott
United States Magistrate Judge